UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
NOV - 1 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

UNITED STATES OF AMERICA,

                Plaintiff,

        vs.

JUAN MANUEL LACHINO-ESTRADA (1),

                Defendant.

CASE NO. 10CR2343-L

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

XX  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

___  of the offense(s) as charged in the Indictment/Information:

_____

_____

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 31, 2011

                          /s/ M. James Lorenz
                          M. JAMES LORENZ
                          UNITED STATES DISTRICT JUDGE